UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KIP LONDON (#111227)

VERSUS

PROBATION AND PAROLE

CIVIL ACTION

NO. 09-1056-JJB-DLD

## RULING

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated January 26, 2010 (doc. no. 5). The plaintiff has filed an objection and the court finds that it lacks any merit.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (iii).

Baton Rouge, Louisiana, this 11th day of January, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA